In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00187-CR
_____

LATIFAH NASHAE REED, Appellant

V.

THE STATE OF TEXAS, Appellee

_____

On Appeal from the 7th District Court
Smith County, Texas
Trial Cause No. 007-0779-18

_____

MEMORANDUM OPINION

In an open plea, Latifah Nashae Reed pleaded guilty to the third-degree felony offense of possession of a controlled substance. The trial court found that the evidence substantiated Reed's guilt. After conducting a sentencing hearing, the trial court assessed punishment at five years of confinement.

Reed's appellate counsel filed an *Anders* brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous. *See*

*Anders v. California*, 386 U.S. 738 (1967); *High v. State*; 573 S.W.2d 807 (Tex. Crim. App. 1978). On August 16, 2019, we granted an extension of time for Reed to file a *pro se* brief. We received no response from Reed.

We reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support an appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on November 18, 2019
Opinion Delivered December 4, 2019
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.

---

[1]Reed may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.